450 A.2d 208

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal
Denied Nov. 9, 1982.

618

Submitted September 9, 1981. Arnold P. Minicozzi, for appellant; Alan Sacks, District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

SPAETH, J., filed a memorandum concurring statement.